ACCEPTED
14-14-00499-cr
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
5/5/2015 3:40:26 PM
CHRISTOPHER PRINE
CLERK

## Nos. 14-14-00499-CR & 14-14-00500-CR

In the
Court of Appeals
For the
Fourteenth District of Texas
At Houston

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

5/5/2015 3:40:26 PM

CHRISTOPHER A. PRINE
Clerk

————◆————

### Nos. 1342448 &1342449

In the 351st District Court
Of Harris County, Texas

————◆————

### KHALON JAVON WESTBROOKS
*Appellant*
V.
### THE STATE OF TEXAS
*Appellee*

————◆————

STATE'S SECOND MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO FILE APPELLATE BRIEF

————◆————

TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, pursuant to **TEX. R. APP. P.** 10.1, 10.5(b) and 38.6(d), moves for an extension of time within which to file its appellate brief. In support of its motion, the State submits the following:

1. In cause number 1342448, appellant was convicted for the offense of aggravated sexual assault and sentenced to 75-years confinement. In cause number 1342449, appellant was convicted for the offense of burglary of a habitation and sentenced to 20-years confinement.

2. Appellant filed written notices of appeal on June 11, 2014.

3. Appellant filed his brief on February 2, 2015.

4. The State's reply brief is due on April 24, 2015.

5. The State seeks an extension until May 29, 2015, to file its brief.

6. This is the State's second request for an extension in this case.

7. The following facts are relied upon to show good cause for the requested extension:

   My completion of this brief has been delayed by my completion of three other appellate briefs over the past five weeks. I also have three other appellate briefs due in the coming month.

WHEREFORE, the State prays that this Court will grant the requested extension.

Respectfully submitted,

/s/ Dan McCrory
**DAN MCCRORY**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1901
(713) 755-5826
TBC No. 13489950
Mccrory_daniel@dao.hctx.net

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been sent to the following email address via TexFile:

Mark Kratovil
Attorney at Law
Mark.kratovil@pdo.hctx.net

/s/ Dan McCrory
**DAN MCCRORY**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1901
(713) 755-5826
TBC No. 13489950

Date:  May 5, 2015